

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00599-CV

Homero **MALDONADO**,
Appellant

v.

Salvador **JOHNSON**, Sr.,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK001209D2
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal involving a primary election contest. Due to the time sensitive nature of this matter, this court issued an order accelerating the appellate briefing schedule. Pursuant to our order, appellant's brief was due Friday, September 14, 2018. Appellant filed his brief on September 14, 2018. However, on September 17, 2018, appellant filed a motion for leave to file what he deemed a "supplemental" brief and an appendix, which were attached to the motion. *See* Tex. R. App. P. 38.7 (stating brief may be amended or supplemented whenever justice requires, on whatever reasonable terms court may prescribe). According to appellant, the "supplemental" brief was filed merely to correct formatting errors and to include the appendix that was missing from the original brief.

In the "supplemental" brief, appellant states that the word count for the 64—page brief is "15,253 words," excluding the contents the appellate rules allow to be excluded from the count. *See id.* R. 9.4(2)(B). A word count was not included in the original brief. Pursuant to Rule 9.4(2)(B), the word count limit for a brief in the court of appeals is 15,000 words. *See id.* After filing the motion for leave and the attached supplemental brief and appendix, appellant also filed a motion asking this court to allow him to exceed the word count limit set out in Rule 9.4(2)(B).

After reviewing the motion for leave, the motion to exceed the word count limit, the original brief, and the "supplemental" brief and appendix, we **GRANT** appellant's motion for leave to exceed the word count limit and motion for leave to file the supplemental brief and appendix. We **ORDER** the supplemental brief and the appendix attached as exhibits to appellant's motion for leave to be filed by the clerk of this court. As noted in our prior order, appellee's brief is due in this court today, September 17, 2018.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court